AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number:   8:94-CR-108-T-27TGW |
| EUGENE ROBINSON | USM Number:  18716-018 |
| | Adam Allen AFPD |
| | Defendant's Attorney |

## THE DEFENDANT:

___X___   admitted guilt to violation of charge numbers __1 through 4__ of the Superseding Petition.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Trafficking in Cocaine (400) Grams to (150) Kilograms | 10/17/2007 |
| 2 | New conviction for conduct, Conspiracy to Traffic in Cocaine (400) Grams to (150) Kilograms | 10/17/2007 |
| 3 | Association with a person convicted of a felony | 2/12/2006 |
| 4 | Travel outside the district without permission | 2/12/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: December 8, 2008

**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

DATE:  December ___9th___, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: EUGENE ROBINSON
CASE NUMBER: 8:94-CR-108-T-27TGW

Judgment - Page ___2___ of ___2___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-FOUR (24) MONTHS. The sentence imposed in the above cause shall run CONSECUTIVE to Hillsborough County, Florida, Circuit Court Case No. 06-CF-3011.**

___X___ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends confinement at Atlanta FCI.

___X___ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m.     p.m.    on _____.

____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL